

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING<br><br>U.S. v. ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A "PROMETHEUS," A/K/A "THE ENGINEER,"<br>JIMENA ROMINA ARAYA NAVARRO,<br>DANIEL EDUARDO BASTARDO TORREALBA,<br>JAHIDY MARIALFRED BENITEZ NAVAS,<br>ERIC GABRIEL CARDENAS ARZOLA,<br>ALEJANDRO CASTILLO,<br>ASLHY JAVIER GALEANO BASURTO,<br>JOSE DARIO GALEANO BAZURTO,<br>ANTHONY WUILLIAM HERNANDEZ GUERRERO,<br>ROMNEI XAVIER LOPEZ DUGARTE,<br>CESAR BERMUDEZ MACHADO,<br>CARLOS JAVIER MARTINEZ ARMENTA,<br>OSCAR LEONARDO MARTINEZ PIRONA,<br>LEONARDO RAFAEL MONTBRUN ALVAREZ,<br>JOSE ALEJANDRO RIOS AMBANI,<br>NESTOR IVAN TAMAYO GONZALEZ,<br>JOSE WLADIMIR TEJERA ABREU,<br>WLADIMIR JOSE TEJERA ABREU,<br>TATIANA LISBETH TORREALBA,<br>FRANCISCO REQUENA TORREALBA,<br>CARLOS ALBERTO UZCATEGUI RAMIREZ, and<br>JEAN CLAUDE VERA<br><br>8:25CR242 | December 17, 2025 |
| To | From |
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | AUSA |

Be advised that one of the above-named defendants is in custody. You may now unseal as

follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐　　Unseal the Indictment and any underlying Magistrate Judge case

☐　　Unseal the Magistrate Judge case

☒　　Unseal the Indictment but any underlying Complaint and Affidavit should remain

　　**Restricted**

☐　　Unseal the Magistrate Judge case but the underlying Complaint and Affidavit

　　　should remain **Restricted**