Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,BRADY

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:25-mj-06626-MSB All Defendants

Case title: USA v. Requena Torrealba

Date Filed: 12/01/2025

Date Terminated: 12/17/2025

Assigned to: Magistrate Judge Michael S. Berg

### Defendant (1)

**Francisco Requena Torrealba**
*TERMINATED: 12/17/2025*
35672506

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 12/02/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Mayra Lopez**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
Email: mayra_lopez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349; 18:1030; 18:1344; 18:2113(a); 18:371 - Attempt and Conspiracy to Commit Bank Fraud; Computer Fraud; Bank Fraud; Bank Burglary and Larceny; Conspiracy | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2025 | | Arrest of Francisco Requena Torrealba (no document attached) (yem) (Entered: 12/01/2025) |
| 12/01/2025 | [1](#) | OUT OF DISTRICT COMPLAINT as to Francisco Requena Torrealba. (Attachments: # [1](#) Info Sheet)(yem) (Entered: 12/01/2025) |
| 12/01/2025 | 2 | Set/Reset Duty Hearings as to Francisco Requena Torrealba: Initial Appearance set for 12/1/2025 before Magistrate Judge Michael S. Berg. (no document attached) (gac) (Entered: 12/01/2025) |
| 12/01/2025 | 3 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg: Initial Appearance - Out of District Complaint as to the "person charged as" Francisco Requena Torrealba held on 12/1/2025. Federal Defenders appointed for Francisco Requena Torrealba. Government oral motion to detain(Flight). ( Detention Hearing - RF set for 12/3/2025 01:30 PM before Magistrate Judge Michael S. Berg. Removal/ID |

| | | |
|---|---|---|
| | | Hearing set for 12/11/2025 01:30 PM before Magistrate Judge Michael S. Berg.) (Interpreter Paula Navarro). (CD# 12/1/2025 MSB 25-1:3:59-4:55). (Plaintiff Attorney Cassandra Ross AUSA). (Defendant Attorney Timothy Garrison FD-S/A). (no document attached) (aje) (Entered: 12/02/2025) |
| 12/01/2025 | 4 | Oral MOTION to Detain (Flight)by USA as to Francisco Requena Torrealba. (no document attached) (aje) (Entered: 12/02/2025) |
| 12/01/2025 | 5 | ***Spanish Interpreter needed as to Francisco Requena Torrealba (no document attached) (aje) (Entered: 12/02/2025) |
| 12/02/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE: Mayra Lopez appearing for Francisco Requena Torrealba (Lopez, Mayra)Attorney Mayra Lopez added to party Francisco Requena Torrealba(pty:dft) (bdc). (Entered: 12/02/2025) |
| 12/02/2025 | 7 | Notice of Assertion of Rights by Francisco Requena Torrealba (Lopez, Mayra) (bdc). (Entered: 12/02/2025) |
| 12/03/2025 | 8 | ORDER as to Francisco Requena Torrealba: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.. Signed by Magistrate Judge Michael S. Berg on 12/1/25. (aje) (Entered: 12/03/2025) |
| 12/03/2025 | 9 | Minute Entry for proceedings held before Magistrate Judge Daniel E. Butcher: Detention Hearing as to Francisco Requena Torrealba held on 12/3/2025. USA oral motion for detention; motion 4 granted as to Francisco Requena Torrealba. Defendant ordered detained without prejudice. Order of detention to be submitted by AUSA.. (Interpreter Daniel Novoa). (CD# 12/3/2025 MSB 25: 2:46-2:56). (Plaintiff Attorney Cassandra Ross, AUSA). (Defendant Attorney Mayra Lopez, FD). (no document attached) (dxj) (Entered: 12/04/2025) |
| 12/03/2025 | 11 | ORDER OF DETENTION as to Francisco Requena Torrealba. Signed by Magistrate Judge Michael S. Berg on 12/3/2025. (maq) (Entered: 12/04/2025) |
| 12/04/2025 | 10 | BAIL REVIEW PACKET as to Francisco Requena Torrealba. Report prepared by: Paola Aftimos. (Document applicable to USA, Francisco Requena Torrealba.) (Diaz, A.) (Entered: 12/04/2025) |
| 12/11/2025 | 12 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg: Removal/ ID Hearing as to Francisco Requena Torrealba held on 12/11/2025. Defendant admits ID. Dft ordered removed to the District of Nebraska. Waiver filed. Warrant to be submitted by USA. (Interpreter Ariela Edelson Torenberg). (CD# 12/11/2025 MSB 1:45-1:50). (Plaintiff Attorney Derek Sanford). (Defendant Attorney Mayra Lopez, FD). (no document attached) (cxl) (Entered: 12/12/2025) |
| 12/11/2025 | 13 | WAIVER of Rule 5(c)(3) Hearing by Francisco Requena Torrealba (axc1) (Entered: 12/17/2025) |
| 12/12/2025 | 14 | WARRANT of Removal to District of Nebraska Issued as to Francisco Requena Torrealba. (axc1) (Entered: 12/17/2025) |
| 12/17/2025 | 15 | NOTICE to Receiving District: **(District of Nebraska)**, of Case Removal, as to Francisco Requena Torrealba. The following documents are available on the public |

| | | docket: 7 Notice of Assertion of Rights, 11 Order of Detention, 8 Order re Rule 5(f) Advisal - Brady Advisal,, 13 Waiver of Rule 5(c)(3) Hearing, 6 Notice of Attorney Appearance - Defendant. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (axc1) (Entered: 12/17/2025) |
|---|---|---|