IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A "PROMETHEUS," A/K/A "THE ENGINEER,"<br><br>Defendant. | 8:25CR242<br><br>ORDER TO UNSEAL ARREST WARRANT |

This matter is before the Court on the government's Motion to Unseal the Arrest Warrant as to Defendant ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A "PROMETHEUS," A/K/A "THE ENGINEER," (Filing No. 41).

The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Unseal the Arrest Warrant as to Defendant ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A "PROMETHEUS," A/K/A "THE ENGINEER," (Filing No. 41) is granted.
2. The arrest warrant as to Defendant ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A "PROMETHEUS," A/K/A "THE ENGINEER," can be unsealed.

Dated this 12th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge