| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:25CR242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO REOPEN** |
| | ) | **DETENTION HEARING** |
| LEONARDO RAFAEL | ) | |
| MONTBRUN ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3142(f)(2), Defendant Leonardo Rafael Montbrun Alvarez, by and through his undersigned counsel, moves the Court to reopen the detention hearing held February 10, 2026, for the reason information exists that was not known to him at the time of the hearing that has a material bearing on the issue whether there are conditions of release that will reasonably assure his appearance and the safety of the community, including, but not limited to, an opportunity for full-time employment in the Southern District of Florida.

Moreover, to the extent Montbrun Alvarez may an INTERPOL warrant for his arrest, upon information and belief, he does not have an INTERPOL "Red Notice" that would require either his provisional arrest or extradition.

The Government opposes this Motion.

Probation and Pretrial Services opposes this Motion.

WHEREFORE Leonardo Rafael Montbrun Alvarez respectfully moves the Court to reopen the detention hearing previously held in this matter and order

1

pretrial release on a combination of conditions the Court deems appropriate and necessary.

Dated this 10th day of April, 2026.

LEONARDO RAFAEL MONTBRUN ALVAREZ,
Defendant,


By: *Matthew M. Munderloh*
Matthew M. Munderloh, NE No. 22698
GOOSMANN LAW FIRM, PLC
17838 Burke Street, Suite 250
Omaha, NE 68118
Telephone: (402) 884-1924
munderlohm@goosmannlaw.com