FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY 28 PM 2:06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A "PROMETHEUS," A/K/A "THE ENGINEER," JIMENA ROMINA ARAYA NAVARRO, DANIEL EDUARDO BASTARDO TORREALBA, JAHIDY MARIALFRED BENITEZ NAVAS, ERIC GABRIEL CARDENAS ARZOLA, ALEJANDRO CASTILLO, ASLHY JAVIER GALEANO BASURTO, JOSE DARIO GALEANO BAZURTO, ANTHONY WUILLIAM HERNANDEZ GUERRERO, ROMNEI XAVIER LOPEZ DUGARTE, CESAR BERMUDEZ MACHADO, CARLOS JAVIER MARTINEZ ARMENTA, OSCAR LEONARDO MARTINEZ PIRONA, LEONARDO RAFAEL MONTBRUN ALVAREZ, JOSE ALEJANDRO RIOS AMBANI, NESTOR IVAN TAMAYO GONZALEZ, JOSE WLADIMIR TEJERA ABREU, WLADIMIR JOSE TEJERA ABREU, TATIANA LISBETH TORREALBA, FRANCISCO REQUENA TORREALBA, CARLOS ALBERTO UZCATEGUI RAMIREZ, and JEAN CLAUDE VERA,

Defendants.

8:25CR242

NOTICE OF APPEARANCE

Nathaniel C. Lowry hereby enters his appearance as Trial Attorney on behalf of the United States in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 28th day of May, 2026.

UNITED STATES OF AMERICA, Plaintiff

By: *_/s/ Nathaniel C. Lowry_*

Nathaniel C. Lowry, DC #90027950
Trial Attorney
Computer Crime and Intellectual Property Section
1301 New York Avenue
Washington, DC 20530
Tel: 202-445-9381
Email: Nathaniel.Lowry@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I filed the foregoing with the Clerk of the Court, which sent notification of such filing to all registered participants.

s /Nathaniel C. Lowry
Trial Attorney